# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| Stephen Walsh, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. |
| | ) 12-1493-CV-W-JTM |
| Carolyn W. Colvin, | ) |
| Defendant. | ) |

## **O R D E R**

On December 3, 2013, the Court heard oral argument on the Brief In Support of Motion For Judgment, filed June 4, 2013, [Doc. 10] and the *Brief Of Defendant*, filed August 19, 2013, [Doc. 13]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.

                                                 */s/ John T. Maughmer*
                                                **JOHN T. MAUGHMER**
                                                **U. S. MAGISTRATE JUDGE**